ANTOLIN AGARWAL LLP
MONTY AGARWAL (SBN 191568)
RACHEL CHANIN (SBN 229253)
650 2nd Street # 605
San Francisco, CA 94107
Telephone: 415.377.9356
Email: magarwal@aaclegal.com
　　　　rchanin@aaclegal.com

Attorneys for Plaintiff
WORLD CENTRIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD CENTRIC, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> PRIMEWARE BY PRIMELINK SOLUTIONS, INC., a California corporation; PRIMEWARE BY PRIMELINK SOLUTIONS, LLC, a California limited liability company; PRIMELINK SOLUTIONS, LLC, a California limited liability company; AMERCAREROYAL, LLC, a Pennsylvania limited liability company; GREENLEAF PACK, LLC, a Florida limited liability corporation; HARVEY BRANDT, an individual; and STEPHANIE BRANDT, an individual. <br><br> Defendants. | Case No.: 18-cv-04891 RS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER PENDING DEADLINES** |

Pursuant to Civil Local Rule 6-2, Plaintiff WORLD CENTRIC ("Plaintiff") and Defendants GREENLEAF PACK, LLC; HARVEY BRANDT; STEPHANIE BRANDT (collectively "Greenleaf Defendants") and Defendants PRIMEWARE BY PRIMELINK SOLUTIONS, INC.; PRIMEWARE BY PRIMELINK SOLUTIONS, LLC; PRIMELINK SOLUTIONS, LLC; and AMERCAREROYAL, LLC (collectively "Primeware Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS, the Primeware Defendants answer or other response to Plaintiff's Complaint is currently due on Monday, November 5, 2018 as a result to two prior stipulated extensions (ECF No. 36);

2. WHEREAS, Plaintiff and the Primeware Defendants are working diligently to resolve claims between Plaintiff and the Primeware Defendants;

3. WHEREAS, on October 19, 2018, the Greenleaf Defendants filed a motion to dismiss under the doctrine of *forum non conveniens* (ECF No. 41), and a motion to enlarge the time to file a responsive pleading (ECF No. 42) and the hearing for which are on November 29, 2018;

4. WHEREAS, Plaintiff intends to file a first amended complaint, which is due on November 9, 2018, *see* Fed. R. Civ. P. 15(a)(1) (pleading may be amended once as a matter of course within 21 days after service of responsive pleading);

5. WHEREAS, the amended complaint will render moot the pending motion to dismiss (ECF No. 41) and motion for an extension of time to file a responsive pleading (ECF No. 42);

6. WHEREAS, a case management conference is currently scheduled for November 15, 2018 at 10 AM., and a case management statement is due on November 8, 2018 (ECF No. 32);

7. WHEREAS, the deadline to meet and confer regarding initial disclosures, an early settlement, ADR process selection, and discovery plan, and file ADR certificates, is October 23, 2018 (ECF No. 7);

8. WHEREAS, the deadline to complete initial disclosures is currently November 6, 2018 (ECF No. 7);

9. WHEREAS, the parties agree that, in light to the fact that the pleadings have not yet been settled and Plaintiff intends to file an amended complaint, and to allow Plaintiff and the Primeware Defendants an opportunity to resolve their claims, a 10-week continuance of the Case Management Conference and currently pending deadlines would permit more efficient case management, will serve the interests of judicial economy, and will conserve Party and Court resources;

10. NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that:

    a. The November 14, 2018 Case Management Conference shall be taken off calendar, and rescheduled 10 weeks later on January 24, 2019, or another date that is convenient for the Court;

    b. That Plaintiff World Centric file a first amended complaint by November 9, 2018;

    c. The deadline to file a case management statement and initial disclosures shall be continued to and including seven (7) days prior to the new date for the Case Management Conference;

    d. The deadline to meet and confer regarding initial disclosures, an early settlement, ADR process selection, and discovery plan, and to file ADR Certificates, be set for twenty-one (21) days prior to the new date for the Case Management Conference.

IT IS SO STIPULATED

| | | |
|---|---|---|
| Dated: October 29, 2018 | | ANTOLIN AGARWAL LLP |

By: /s/ Monty Agarwal
MONTY AGARWAL
RACHEL CHANIN
Attorneys for Plaintiff
WORLD CENTRIC

Dated: October 29, 2018　　　　　　　　GREENBERG TRAURIG LLP

By: /s/ Nina Boyajian
NINA D. BOYAJIAN
JIE (LISA) Li
GREENBERG TRAURIG, LLP
Attorneys for Defendants
PRIMEWARE BY PRIMELINK
SOLUTIONS, LLC;
AMERCAREROYAL, LLC

Dated: October 29, 2018　　　　　　　　DEWALD LAW GROUP PC

By: /s/ [signature]
LEE F. DEWALD
Attorneys for Defendants
GREENLEAF PACK, LLC
HARVEY BRANDT
STEPHANIE BRANDT

**PURSUANT TO THE STIPULATION, FOR GOOD CAUSE IT IS SO ORDERED**

DATED: 10/29/18

[signature]

The Honorable Richard Seeborg
United States District Judge